

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00774-CV

Cory L. **MOORE**,
Appellant

v.

**JORDAN FORD, LTD.,**
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 372160
Honorable Irene Rios, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee recover the costs of this appeal from appellant.

SIGNED July 10, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice